# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MANUEL MALDONADO,<br><br>            Petitioner,<br><br>      v.<br><br>L. SCOTT McEWEN, Warden,<br><br>            Respondent. | Case No. SACV 12-0063-FMO (JEM)<br><br>**J U D G M E N T** |

      In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

      IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: July 3, 2013

                                             /s/
                              FERNANDO M. OLGUIN
                        UNITED STATES DISTRICT JUDGE